1  Ahren A. Tiller Esq. [SBN: 250608]
2  BLC Law Center, APC
   1230 Columbia St., Ste 1100
3  San Diego, CA 92101
   Phone (619) 894-8831
4  Facsimile: (866) 444-7026
5  Email: Ahren.Tiller@blc-sd.com

6  Attorneys for Plaintiff
7  LETICIA KAHYA

8

9

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LETICIA KAHYA, | Case No.: 3:22-cv-01738-BEN-AHG |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| CITIBANK, N.A., | |
| Defendant, | |
| | Hon. Roger T. Benitez |

JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH

PREJUDICE

Plaintiff LETICIA KAHYA ("Plaintiff"), and Defendant CITIBANK, N.A.,

("Defendant") (collectively "The Parties"), herein respectfully submit this Joint

- 1 -
*Joint Motion to Dismiss*

1   Motion for Dismissal of this Entire Action with Prejudice, pursuant to Fed. R. Civ. P.

2   41(a)(1)(A)(ii).

3        WHEREAS, the Parties stipulate that the entire action, including all claims, are

4   hereby dismissed with prejudice as to Defendant, and the Parties hereby jointly move

5   the Court to dismiss this entire action with prejudice, with each Party to bear their

6   own fees and costs.

7

8   Dated: January 17, 2023       By:   BLC Law Center, APC

9                           *s/ Ahren A. Tiller*
10                          ahren.tiller@blc-sd.com

11                          Ahren A. Tiller
                          Attorney for Plaintiff

12

13  Dated: January 17, 2023       By:   Stroock & Stroock & Lavan LLP

14                          *s/ Marcos D. Sasso*
                        msasso@stroock.com
15

16                          Marcos D. Sasso
                        Attorney for Defendant

17

18

19

20

21

22

23

24

25

26

27

28

*Joint Motion to Dismiss*

**SIGNATURE CERTIFICATION**

1

2          I, Ahren A. Tiller, declare under the penalty of perjury of the laws of the

3   United States that Pursuant to Section 2(f)(4) of the Electronic Case Filing

4   Administration Policies and Procedures Manual, that the contents of this document

5   are acceptable to the above-undersigned Counsel(s) and that I have obtained their

6   authorization(s) to affix their electronic signature(s) to this document.

7

8   Dated: January 17, 2023          By:     BLC Law Center, APC

9                                             *s/ Ahren A. Tiller*
                                              ahren.tiller@blc-sd.com
10

11                                            Ahren A. Tiller
                                              Attorney for Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action.  My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101.  I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On January 17, 2023, I served the following documents:

☒ JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):

On: Marcos Sasso - msasso@stroock.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 17, 2023          By:    BLC Law Center, APC

*s/ Ahren A. Tiller*
ahren.tiller@blc-sd.com

Ahren A. Tiller
Attorney for Plaintiff

*Joint Motion to Dismiss*